UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20062-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

PABLO ALBIZU MORALES,
        Defendant.

## ORDER CONTINUING TRIAL

THIS CAUSE came before the Court upon unopposed motion for continuance of trial **[D.E. #19]**.

After careful consideration and the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the trial is **reset** for the two-week period commencing

**AUGUST 29, 2022 at 9:00 A.M.**

before the Honorable **Federico A. Moreno**, United States District Judge, Courtroom 12-2, 12th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

**Call of the Calendar** will be held at **2:00 p.m. on Tuesday, August 23, 2022.**

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay **(from 05/25/22-08/29/22)** excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161.

**DONE AND ORDERED** in Miami, Dade County, Florida this __25th__ day of May 2022.

/s/ Federico A. Moreno
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: All counsel of record